IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| STEVEN C. CRABB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Law No. 24-cv-04088-JEH |
| | ) |
| MICHAEL LIN, MD, | ) |
| | ) |
| Defendant. | ) |

**ORDER ALLOWING USE OF RECORDS OBTAINED IN OTHER MATTER**

This cause having come before the Court on Defendant's Motion for Order Authorizing Parties to Use Records Obtained in Other Matter:

IT IS HEREBY ORDERED:

1. That the parties are allowed to copy and use Plaintiff's records obtained in case number 24-cv-04214 to avoid the need for unnecessary charges in requesting numerous duplicate records from the Illinois Department of Human Services and the Rushville Treatment and Detention Facility as and for any purpose necessary in this case.

2. Nothing in this Order would prevent the Defendant from obtaining current copies of Plaintiff's records from the Rushville Treatment and Detention Facility and the Illinois Department of Human Services.

SO ORDERED: 6/25/2025

/s Jonathan E. Hawley
Honorable Jonathan E. Hawley
United States District Judge